ISIDORE H. WACHTEL, Respondent, v. NEW YORK CITY HOUSING AUTHORITY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

SAMUEL WEINSTEIN, Appellant, v. OSCAR BERG and Others, Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

CITY OF YONKERS, Appellant, v. THE YONKERS RAILROAD COMPANY, Respondent.— In an action to collect assessments levied against defendant for paving work performed by plaintiff in streets upon which defendant operates its street railroad, judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ. [169 Misc. 102.]

FRANCES CUNNINGHAM, as Administratrix, etc., of MARGARET CUNNINGHAM, Deceased, Respondent, v. THOMAS S. DEAL, Appellant.— In an action for negligence causing the death of plaintiff's intestate, plaintiff recovered judgment. Defendant appeals from the judgment and from an order denying his motion to set aside the verdict and for a new trial. Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

JOHN J. CURTIN, as Liquidating Partner of the Dissolved Partnership of CURTIN & GLYNN, Appellant, v. DAVID HIRSHFIELD, Respondent.— In an action to recover on an account stated, order granting defendant's motion to examine plaintiff before trial and denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements, the examination to proceed on five days' notice. The record presents the frail issue of fact of whether the plaintiff agreed that the amount awarded by the city of New York, less an advance thereon made by defendant, would be accepted in full satisfaction of the claim, which issue requires a trial. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

THE FIRST NATIONAL BANK & TRUST CO. OF TUCKAHOE, N. Y., Appellant, v. TIETZE REALTY CORPORATION, WOODSON R. OGLESBY and THE MOUNT VERNON TRUST COMPANY, Respondents.— Action to set aside as fraudulent and void as against creditors certain conveyances of real property and assignments of mortgages made by the defendant Tietze Realty Corporation to the defendant Mount Vernon Trust Company and for a judgment for $10,000 and interest, balance due upon a demand collateral promissory note delivered to the plaintiff by the Tietze Realty Corporation. Judgment dismissing the complaint on the merits modified by providing that plaintiff have judgment against the Tietze Realty Corporation on the note, and, as thus modified, the judgment is unanimously affirmed, with costs to the plaintiff against the Tietze Realty Corporation and with costs to the Mount Vernon Trust Company against the plaintiff. No defense was interposed to the plaintiff's claim against the Tietze Realty Corporation on the note. The plaintiff seems not to have been interested in getting a judgment against that defendant on the note. It sought chiefly to get a judgment against the defendant trust company. It may be that this accounts for there not having been a judgment against the Tietze Realty Corporation, to which, on this record, the plaintiff became entitled. Appeal from decision and from order dated December 12, 1938, dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.